

## NUMBER 13-16-00526-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**BILLY RUSHING,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

### On appeal from the 347th District Court
### of Nueces County, Texas.

## ORDER

**Before Justices Rodriguez, Contreras, and Benavides**
**Order Per Curiam**

This Court has received the appellate record with the exception of Exhibit SX 1 (video).   The district clerk of Nueces County is ORDERED to forward Exhibit SX 1 (video) admitted at trial in Cause No. 13-CR-3767-H to this Court within ten days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the 16th
day of November, 2017.